UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TANNER ALAN BEEBE,

               Plaintiff,

    v.

STATE OF WASHINGTON, *et al.*,

               Defendants.

CASE NO. 3:22-cv-05989-RAJ-JRC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the report and recommendation of Magistrate Judge J. Richard Creatura, any objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The report and recommendation is ADOPTED and this matter is dismissed without prejudice.

(2)    Plaintiff's motion for leave to proceed *in forma pauperis* (Dkt. 1) is denied as moot.

(3)    The Clerk is directed to send copies of this order to plaintiff and to the Hon. J. Richard Creatura.

**DATED** this 11th day of April, 2023.

The Honorable Richard A. Jones
United States District Judge